| | |
|---|---|
| 1 | COOLEY LLP |
|  | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com) |
|  | KYLE C. WONG (224021) (kwong@cooley.com) |
| 3 | KAREN L. BURHANS (303290) (kburhans@cooley.com) |
|  | AMY M. SMITH (287813) (amsmith@cooley.com) |
| 4 | 101 California Street, 5th Floor |
|  | San Francisco, CA  94111-5800 |
| 5 | Telephone:    (415) 693-2000 |
|  | Facsimile:     (415) 693-2222 |
| 6 |  |
|  | Attorneys for Defendant |
| 7 | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH AMARAL, NANOR AGHAMAL, JONATHON ALLEN, SAMANTHA AMIDO, JOHN ARAGON, MARC ATIYEH, HARRISON ATKINS, JONATHAN BACH, JONATHAN BAIRD, BRAD BALTUTAT, PHILIP BARTHOLOMEW, ALBERT BEHAR, JAMES BERENT, SHAWN BIANCHI, ANA BOLLING, NATHAN BOU, CORNELIUS BOUKNIGHT, KYLER BREED, IAN BROWN, MICHAEL BUKHIN, JURICA BULOVIC, EMILIA BYUN, JANET CAMACHO, MATTHEW CANGIAMILLA, SARAH CARTWRIGHT, JEREMY CASTILLO, JOSHUA CHANG, KRYSTEL CHARKOWSKI, REHMAN CHAUDHRY, FRANK CHE, TANNER CHEL, JING CHEN, DAWNY CHIN, KATHRYN CHRYSTAL, ALEXIS COBAU, ALANA COBB, JOSHUA COHEN, SAM COHEN, ANDREW COMBS, CHRISTOPHER COOPER, CHRISTINE CORY, JENNIFER DAY, VICTORIA DE METZ, KRYSTA DELFINO, ADJANI DELGADO, MARCUS DELONEY, RAHUL DHODAPKAR, DEVAKI DROZARIO, | Case No.<br><br>**DEFENDANT GOOGLE INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446** |

| | |
|---|---|
| 1 | CARSON DUNLAP, ZIAULLAH DURRANI, GRACE ELLISON, LUCIA FALCONE, JESSICA FORD, NICHOLAS FREILICH, JUSTIN FRIEDMAN, MATTHIEU N GARLOCK, ALEXANDRA GILROY, JOHN GLINES, ARON GOLDBERGER, ERICA GOMEZ, KYLE GRACE, ALISON GREENBERG, LIANG GU, ADAM GUNDERSHEIMER, ALEX HADEN, SHAROKINA HAGHEE, BRANDON HAIL, TESSA HARTLEY, EMMAJEAN HOLLEY, BRAD HONG, ANDREW HOUTS, VANES IBRIC, CHRISTINE IRISH, NICKHOLAS ISBER, YURIE IWAKO, JANICE JANECZKO, MIGUEL JARA, KACEY JEZEWSKI, ALLISTAIR JOHNSON, MANUEL JURADO, WALTER KIKUCHI, CYNTHIA KIM, MICHAEL KING, DAVID KIRSHENBAUM, NATALIE KORENGOLD, DAN KOWALCZYK, JESSE KRANZLER, EMILY KRUGER, PATRICK LACHANCE, JUSTICE LAMMERS, IKE LEE, MAGDA LEWANDOWSKA, GENE LI, DANA LINDBERG, JORDAN LIU, EUTHYMIOS LOGOTHETIS, MARIA LOPEZ, HARRISON LOTT, GUY MACAROL, MANUEL MACIAS, JORDAN MACK, ANDREW MACKLIS, GINA MAHAZ, TAYLOR MANSELL, MAXWELL MCCAULEY, NICHOLAS MCHARDY, TYLER MCKINNEY, AMANDA MENDEZ, NYKKI MILANO, JACQUELINE MILLAR, CORY MILLER, BILLAL MOURTADA, MUNKHJIN MUNKHBAATAR, JOSHUA NELSON, MARY NELSON, SOREN NELSON, DENNIS NEVEU, SIMON NORTHALL, JAMES OCHSE, LAYLA OGHABIAN, OSAZEMEN OKUNDAYE, DAVID ORR, STEVEN PALS, JOSEPH PATTON, JACOB POTEAT, BENJAMIN PRAWER, MARQUIS PREKINS-JAUGAS, IRUM QAZI, JESSICA RABBANY, SAUNDRA RAMIREZ, DIANA RAWLES, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | MATTHEW RAY, JEFFREY RELF, ELENA ROEMER, ALEKSANDR ROGOZIN, STEPHANY ROGOZIN, CHRISTOPHER ROSE, DAVID SASSON, ALEXANDER SAWYER, ALLISON SCHNEIDER, BRIAN SENNETT, JESSICA SHARPLES, JOSEPH SILVER, BRITTANY SIMON, NATHANIEL SIMONS, KANWAR SINGH, BRIDGET SINIAKOV, ZI CHUEN SOO, TIAHNA SPENCER, ALEX SPRADLIN, ARCHANA SRIDHAR, HAL ST. LOUIS-FARRELLY, MATTHEW STAADT, KELSEY STEGNER, ANNE STELLAR, CORRIE STODDARD, BALAKRISHNAN SUBRAMANIAN, VICTOR SUKHOVITSKY, JEFFREY SUN, ALEXANDRA SURDOVEL, JORGE TAPIA, KATHERINE TELMA, JACQUELINE TORGERSON, MICHAEL TUCCI, AGATA TUROWSKI, MEGHAN UNO, AKSHAY VERMA, HENRY WALDMAN, XIAO JUN WANG, SACHA WHEDON, MATTHEW WILLIAMS, SOYUN WON, MIKHAIL YAKUBOVICH, LIHUA ZHANG, AND QIAO ZHANG, |
| 18 | Plaintiffs, |
| 19 | v. |
| 20 | |
| 21 | GOOGLE INC., a Delaware corporation, and DOES 1-200,000, inclusive, |
| 22 | Defendants. |
| 23 | |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant Google Inc. ("Google") hereby removes the above-captioned civil action from the Superior Court of the State of California for the County of Santa Clara (the "Superior Court"), where the action is now pending, to the United States District Court for the Northern District of California, San Jose Division. For the reasons set forth below, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

**I.   BACKGROUND**

    **A.   TIMELINESS OF REMOVAL**

1. On or about April 29, 2016, plaintiffs Keith Amaral and 174 additional plaintiffs (collectively, "Plaintiffs") filed a complaint in the Superior Court of the State of California for the County of Santa Clara, entitled *Keith Amaral, et al. v. Google Inc., et al.*, Case No. 16-CV-294544 (the "*Amaral* Complaint") against Google.

2. Attached as Exhibits A through C to the Declaration of Kyle C. Wong ("Wong Decl."), filed herewith, are all available documents and records in the Superior Court action, including the *Amaral* Complaint, which is attached as Exhibit A to the Wong Declaration. Google is not aware of any other process or pleading in the Superior Court action.

3. Google agreed to accept service of the *Amaral* Complaint by email. Exhibit D to the Wong Declaration is a true and correct copy of Google's acknowledgement of receipt of the *Amaral* Complaint on April 30, 2016.

4. This Notice of Removal is timely because it is filed within thirty days of when Plaintiffs served Google with the *Amaral* Complaint. *See* 28 U.S.C. § 1446(b).

5. Google will give Plaintiffs written notice of this removal as required by 28 U.S.C. § 1446(d) by serving Plaintiffs, through their counsel of record, with this Notice of Removal and all documents filed in support thereof on the date of filing of this Notice of Removal.

    **B.   PROCEDURAL HISTORY**

6. The *Amaral* Complaint is Plaintiffs' Counsel's third complaint alleging similar facts and flawed legal theories. Plaintiffs' Counsel filed the initial complaint in *Ryan Corley et al. v. Google Inc.*, No. 5:16-cv-00473 (N.D. Cal.) ("*Corley*") on January 27, 2016, naming four Plaintiffs.

(*Corley* Dkt. No. 1.) One of those four Plaintiffs filed a voluntary dismissal on February 8, 2016. (*Corley* Dkt. No. 12.) On March 16, 2016, Plaintiffs' Counsel filed a First Amended Complaint in *Corley*, adding 707 named Plaintiffs to the existing *Corley* action, bringing the total number of named Plaintiffs to 710. (*Corley* Dkt. No. 19.) Plaintiffs did not file separate complaints or pay individual civil case filing fees for each of the 710 Plaintiffs when they filed their First Amended Complaint. At the April 28, 2016 hearing, this Court prohibited Plaintiffs' Counsel from filing a Second Amended Complaint to add more named Plaintiffs in the same manner as the First Amended Complaint. (Wong Decl., Exhibit E at 2:23-3:2.) Plaintiffs' Counsel filed the *Amaral* Complaint in the Superior Court the next day on April 29, 2016, naming 175 new Plaintiffs and alleging the same federal cause of action at issue in *Corley*. This removal followed.

**II.   GROUNDS FOR REMOVAL**

    **A.   THE COURT HAS JURISDICTION OVER THIS MATTER UNDER 28 U.S.C. § 1331**

7.   This Court has jurisdiction over civil actions alleging violations of the laws of the United States. 28 U.S.C. § 1331. The *Amaral* Complaint alleges a violation of federal law – the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 *et seq.* – as its sole cause of action, the same federal statute at issue in *Corley*. Because the Complaint alleges a violation of a law of the United States, this Court has jurisdiction over this action. *See Gunn v. Minton*, 133 S. Ct. 1059, 1064 (2013) (stating that for purposes of 28 U.S.C. § 1331 "federal question" jurisdiction, "a case arises under federal law when federal law creates the cause of action asserted").

**III.   VENUE AND INTRADISTRICT ASSIGNMENT**

8.   Removal to this judicial district and division is proper under 28 U.S.C. §§ 1441(a) and 1446(a) because the Superior Court action was originally pending in Santa Clara County, which is within this judicial district.

**IV.   NOTICE TO THE SUPERIOR COURT OF SANTA CLARA COUNTY**

9.   Google will promptly file a true and correct copy of this Notice of Removal and all documents filed in support thereof with Plaintiffs and the clerk of the Superior Court of the State of California for the County of Santa Clara, as required by 28 U.S.C. § 1446(d).

10.   Google reserves the right to amend and/or supplement this Notice of Removal.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.   **DEFENDANT GOOGLE INC.'S NOTICE OF REMOVAL OF ACTION**

Dated: May 11, 2016     COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian (194463)
Attorneys for Defendant Google Inc.

131079247